# UNITED STATES DISTRICT COURT

for the

District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

THE PROPERTY LOCATED AT 1318 Salonica Place, Bel Air, Maryland 21014

Case No. 20-0810 BPG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A1 to the Affidavit which is attached hereto.

located in the _____ District of ___Maryland___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the Affidavit which is attached hereto.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt and distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

The application is based on these facts:
See attached Affidavit incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Kelly M. DiAntonio, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3-10-20

_____
*Judge's signature*

City and state: Baltimore, Maryland

Beth P. Gesner, Chief U.S. Magistrate Judge
*Printed name and title*

FILED / LOGGED / ENTERED / RECEIVED
MAR 24 2020
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY